# United States District Court
## Southern District of Georgia

JARED POLLARD,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV423-290

Chatham County Detention Center, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 3, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's Complaint is dismissed, and this civil action stands closed.

| 1/3/24 | John E. Triplett, Clerk of Court |
|--------|----------------------------------|
| Date   | Clerk                            |
|        | *(signature)*                    |
|        | (By) Deputy Clerk                |